# CASE ANNOUNCEMENTS

*May 9, 2011*

[Cite as *05/09/2011 Case Announcements #2*, 2011-Ohio-2222.]

## MOTION AND PROCEDURAL RULINGS

**1986–1976.   State v. Bedford.**
Hamilton App. No. C–840850. This cause came on for further consideration upon the filing of appellant's motion for stay of execution scheduled for May 17, 2011, which was filed by appellant on May 9, 2011. Therefore, in order to expedite this court's consideration of the motion, it is ordered by the court, sua sponte, that appellee shall file a response no later than 11 a.m. on Wednesday, May 11, 2011.